1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

JOE & LAURA SRPINKLE,                )
                                     )
                Plaintiff,           )
                                     )
        vs.                          )
                                     )   **C05-1898 JPD**
SB&C, LTD, et al.,                   )
                                     )
                Defendant.           )   **MINUTE ORDER**

  The following Minute Order is made at the direction of the Court, the Honorable

James P. Donohue, United States Magistrate Judge:

  Counsel has requested additional time to comply with the schedule set forth in the Order

Regarding Initial Disclosure, Joint Status Report, and Early Settlement (dkt # 2).  The request is

GRANTED.

  The parties will now adhere to the following schedule:

Deadline for FRCP 26(f) Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 10, 2006

Initial Disclosure Pursuant to FRCP 26(a) . . . . . . . . . . . . . . . . . . . . . . . . . January 17, 2006

Combined Joint Status Report and Discovery Plan
  as required by FRCP 26(f) and Local Rule CR 16 . . . . . . . . . . . . . . . . . . January 23, 2006

  The date by which the Clerk is to be informed whether the individual parties are

consenting to have this matter heard by the Honorable James P. Donohue, U.S. Magistrate Judge,

`MINUTE ORDER C05-1898 JPD`

is hereby extended to the due date of the Joint Status Report. The parties may indicate in the Joint Status Report their desire to consent to Judge Donohue, or have the case reassigned to a district judge; should the parties decide earlier than January 23, 2006, to consent or decline, deputy clerk Peter H. Voelker may be notified at (206) 370-8422, or by fax at (206) 370-8425. The decision on consent is not to be filed electronically or forwarded in any form to the chambers of Judge Donohue.

Dated this 22nd day of December, 2005

Bruce Rifkin, Clerk of Court

/s/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk

`MINUTE ORDER C05-1898 JPD`