**UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON**

| | |
|---|---|
| JOE and LAURA SPRINKLE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SB&C, LTD, et al., )<br>)<br>Defendant. ) | **C05-1898 JPD**<br><br>**MINUTE ORDER<br>SETTING PHONE CONFERENCE** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Defense counsel in the above entitled matter has requested a discovery conference with the Court. The request is GRANTED.

A Discovery Conference is hereby scheduled for

TUESDAY, 17 JANUARY 2006 at 9:30am

Chambers will place the conference call. Counsel are directed to contact the deputy clerk with a telephone number where he can be reached if other than the number listed on the court's docket sheet.

Dated this 11th day of January , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**