# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| JOE and LAURA SPRINKLE,  )<br>  )<br> Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>SB&C, LTD et al.,  )<br>  )<br> Defendant.  ) | **C05-1898 JPD**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The defendant's Motion for Summary Judgment (dkt #21) is hereby re-noted to September 8, 2006, and will be considered in conjunction with the plaintiff's Motion for Summary Judgment (dkt #28).

Dated this 14th day of August , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**