Honorable James P. Donohue

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOE SPRINKLE AND LAURA SPRINKLE, HUSBAND AND WIFE, AND THE MARITAL COMMUNITY COMPOSED THEREOF,<br><br>Plaintiff,<br><br>vs.<br><br>SB&C, LTD aka SKAGIT BONDED COLLECTORS and CRAIG CAMMOCK & JANE DOE CAMMOCK, husband and wife and the marital community composed thereof,<br><br>Defendants. | Case No. CV05-1898-JPD<br><br>ORDER AMENDING PRETRIAL SCHEDULE |

This matter coming before the Court on the Stipulated Motion to Extend Scheduling Order Deadlines before the honorable James P. Donohue, Magistrate Judge, and the court being fully advised:

IT IS ORDERED that the Court Extends the deadlines in the scheduling order [Document 13] as follows:

1. From September 11, 2006 to September 18, 2006

    a. Trial Briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due

ORDER ALLOWING THE PARTIES STIPULATED MOTION TO EXTEND SCHEDULING ORDER DEADLINES 1
Case No. CV05-1898-JPD

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

s:\donohue\proposed orders received\sprinkle p-extend deadlines order.doc

1

2    2.   From September 14, 2006 to September 18, 2006

3         b.   Agreed pretrial order due

4    3.   From September 11, 2006 to September 14, 2006

5         c.   Motions in Limine

6    4.   From September 14, 2006 to September 15, 2006

7         d.   Responses to Motions in Limine

8    5.   From September 15, 2006 to September 18, 2006

9         e.   Reply to Responses to Motions in Limine

10   DATED:  September 6, 2006.

11

12                              /s/  JAMES P. DONOHUE
                                United States Magistrate Judge
13

Presented by:
14
s/ Jeffrey I. Hasson
15   Jeffrey I. Hasson, WSBA No. 23741
     Davenport & Hasson, LLP
16   12707 NE Halsey St.
     Portland, OR 97230
17   Telephone: (503) 255-5352
     Fax:  (503) 255-6124
18   E-Mail:  hasson@dhlaw.biz
     Attorney for Defendants
19

20

21

22

23

24

25

26

ORDER ALLOWING THE PARTIES STIPULATED MOTION TO
EXTEND SCHEDULING ORDER DEADLINES 2
Case No. CV05-1898-JPD

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

s:\donohue\proposed orders received\sprinkle p-extend deadlines order.doc