UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE AND LAURA SPRINKLE, | ) |
| Plaintiffs, | ) Case No. CV05-1898-JPD<br>)<br>) |
| v. | ) |
| SB&C LTD, a/k/a Skagit Bonded Collectors, et al., | ) MINUTE ORDER<br>)<br>) |
| Defendants. | )<br>) |

The parties having submitted cross motions for summary judgment in the above-entitled matter, the Court issues the following Minute Order:

1. Plaintiffs' motion for summary judgment on liability pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692-1692o, the Washington Consumer Protection Act, Wash. Rev. Code § 19.86 *et seq.*, and the Washington Collection Agency Act, *id.* § 19.16 *et seq.*, is GRANTED. Defendants' motion for summary judgment is DENIED. Trial in this matter will be limited to the issue of damages.

2. An opinion addressing these issues will follow.

3. The parties shall submit trial briefs, proposed *voir dire* and jury instructions not later than 4:00 p.m. on Tuesday, September 19, 2006. A Final Pretrial Conference will be

ORDER
PAGE -1

01 conducted by telephone on Friday, September 22, 2006, commencing at 1:30 p.m.  The

02 chambers will place the conference call.  Trial in this matter will commence at 9:00 a.m. on

03 Monday, September 25, 2006, in Courtroom 12A.

04        4.     The parties are urged to discuss the possible settlement of this case, and are

05 reminded of their obligation under the Local Rules to advise the Court immediately if a

06 settlement is reached.

07        DATED this 15th day of September, 2006.

*(signature)*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE -2