# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

JOE and LAURA SPRINKLE,         )
                                )
               Plaintiff,       )
                                )
        vs.                  )         **C05-1898 JPD**
                                )
SB&C LTD, a/k/a Skaagit Bonded Collectors,  )
et al.,                            )         **MINUTE ORDER**
                                )
              Defendant.

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Based upon the joint oral representations of counsel that the parties do waive a trial to a jury, the jury trial scheduled for Monday, September 25, 2006, is hereby stricken and the Court will conduct a trial to the bench on the issue of damages.  The trial  will commence on Tuesday, September 26, 2006, at 9:00am, in Courtroom 12A, U.S. Courthouse, Seattle, Washington.

Counsel will adhere to the following schedule:
The proposed pretrial order and trial briefs are to be filed by 4:00pm, Friday, September 22, 2006. In addition, trial exhibits, pre-marked pursuant to local rule, are due to the Clerk by 4:00pm, Friday, September 22, 2006.  The Court will conduct a Final Pretrial Conference, by telephone, at 11:30pm, on Monday, September 25, 2006.

**MINUTE ORDER**

1

2

3

4                              Dated this 19th day of September, 2006

5

6

7                                  ____/s/ Peter H. Voelker_____
                                   Peter H. Voelker, Deputy Clerk
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   **MINUTE ORDER**