01
02
03
04
05
06
07
08                     UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
                                 AT SEATTLE
09
10   JOE and LAURA SPRINKLE,             )
                                         ) Case No. CV05-1898-JPD
11              Plaintiffs,              )
                                         )
12        v.                             )
                                         ) ORDER DENYING DEFENDANTS'
13   SB&C LTD, a/k/a Skagit Bonded Collectors, ) MOTION FOR RECONSIDERATION
     et al.,                             )
14                                       )
                Defendants.               )
15   _____   )

16        The present matter comes before the Court upon the defendants' motion for

17   reconsideration of this Court's Order Denying Defendants' Motion for Summary Judgment

18   and Granting Plaintiffs' Motion for Summary Judgment (Dkt. No. 44).  The Court has

19   reviewed Defendant's motion for reconsideration (Dkt. No. 51).  Pursuant to Local Rules

20   W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be

21   denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal

22   authority which could not have been brought to the attention of the court earlier, through

23   reasonable diligence.  Because defendants have not made either showing, the motion for

24   reconsideration (Dkt. No. 51) is DENIED.

25
26

ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION
PAGE -1

01  DATED this 25th day of September, 2006.

02

03

04  *James P. Donohue*
 JAMES P. DONOHUE
05  United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION
PAGE -2