UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE and LAURA SPRINKLE,<br><br>    Plaintiffs,<br><br>    v.<br><br>SB&C LTD, a/k/a Skagit Bonded Collectors, *et al.*,<br><br>    Defendants. | Case No. CV05-1898-JPD<br><br>ORDER |

The above-captioned matter having come before the Court for consideration, the issues having been considered, a decision having been rendered and a stipulation reached, it is ORDERED AND ADJUDGED:

(1) On September 18, 2006, this Court issued an Opinion and Order granting plaintiffs' motion for summary judgment on the issue of liability and denying defendants' motion for summary judgment. Dkt. No. 44. This matter was set for trial on September 26, 2006, on the issue of damages. The parties have stipulated that plaintiffs are entitled to $7,500 in damages, plus attorney's fees and costs. Dkt. No. 54.

(2) Accordingly, judgment will be entered in favor of plaintiffs for the sum of $7,500. Plaintiffs will submit their request for attorney's fees and costs by way of post-

ORDER
PAGE -1

judgment application within **fifteen (15) days** of the date of this Order. Defendants will have **seven (7) days** to respond.

DATED this 26th day of September, 2006.

_/s/ James P. Donohue_
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE -2