# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOE and LAURA SPRINKLE,

    Plaintiffs,

  v.

SB&C LTD, a/k/a Skagit Bonded Collectors, *et al.*,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. CV05-1898-JPD

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Plaintiffs are awarded damages in the amount of $7,500, plus attorney's fees and costs. Attorney's fees and costs will be determined in post-judgment proceedings.

Dated this 26th day of September, 2006.

                                                BRUCE RIFKIN
                                                     Clerk

                                          By: BECKY G. HARRIS
                                          Deputy Clerk